UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT
RECORD TRANSMITTAL FORM

Date: __3/7/06__

To: United States Court of Appeals    ATTN: (XX) CIVIL
    For the Ninth Circuit
    Office of the Clerk    () CRIMINAL
    95 Seventh Street
    San Francisco, California 94103    ()JUDGE

From:  U.S.D.C. - District of Alaska
    Clerk's Office
    222 W. 7th Ave., Rm 229
    Anchorage, AK  99513

DC No: __3:01-cv-00023-HRH__    Appeal No: __05-35809__

Short title: __ARNETT v. ANTRIM__

Composition of Record

Clerk's Files in __8__ volumes  (XX) original  () certified copy

    Bulky docs. __1__ expando folder, docket # __2__

Reporter's in _____ volumes  () original  ()certified copy
Transcripts

Exhibits:  in _____ envelopes  () under seal

      in _____ boxes  () under seal

Other**: USDC court record consisting of original volumes 1-8 plus 1 expando folder containing  docket #2** & certified copy of docket.
(please note any documents filed under seal)

Acknowledgement:_____    Date:_____
"record.app" [11/21/97]