**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 24 2006

CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

| MARCUS G. ARNETT,<br><br>    Plaintiff - Appellant,<br><br>v.<br><br>MARC ANTRIM,<br><br>    Defendant - Appellee. | No. 05-35809<br><br>D.C. No. CV-01-00023-HRH<br>District of Alaska,<br>Anchorage<br><br>ORDER |
|---|---|

RECEIVED
APR 27 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

Before: RYMER and GRABER, Circuit Judges.

The request for a certificate of appealability is denied. *See* 28 U.S.C. § 2253(c)(2).



A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

APR 24 2006

by: _____
Deputy Clerk

RESEARCH