May 10, 2006

# DISTRICT COUNT RECORD RETURN FORM

## U.S. COURT OF APPEALS FOR THE NINTH CIRCUIT
## 95 SEVENTH STREET
## SAN FRANCISCO, CALIFORNIA 94103
### (415) 556-9920

District Court/Agency: USDC Alaska (Anchorage)
Lower Court Number: CV 01-00023-HRH
Appeal Number: 05-35809
Short Title: Arnett v. Antrim



RECEIVED
MAY 1 2 2006
CLERK U.S. DISTRICT COURT
ANCHORAGE, ALASKA

**Volumes**

| | | | | |
|---|---|---|---|---|
| Clerk's Records in: 8 | | 0 | Certified Copy(ies) | |
| Reporters Transcripts in: 0 | | 0 | Certified Copy(ies) | |
| Exhibits in: 0 | Envelopes | 0 | Under Seal | |
| 0 | Boxes | 0 | Under Seal | |
| 0 | Volumes | Volume 0 of record | 0 Under Seal | |
| State Lodged Docs in: 0 | Envelopes  0 Expandos | 0 Folders | 0 Boxes | |
| 0 | Other | | | |
| Bulky Documents in: 0 | Envelopes  0 Expandos | 0 Folders | 0 Boxes | |
| 0 | Other | | | |

Other: dkt #2 in expando

Case not closed out, we may need record back if checked here: _____

Note:
THE FOLLOWING ITEMS ARE MISSING AND A SEARCH HAS BEEN PLACED.
ALL MISSING ITEMS WILL BE RETURNED AS SOON AS THEY ARE LOCATED.